## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CRIMINAL ACTION NO. |
| DERRICK HUDSON, | ) 05-00248-CB |
| Defendant. | ) |

## ORDER

This matter came before the Court for a revocation of supervised release hearing on May 2, 2016. The Defendant's supervised release was revoked and the sentencing in this case was continued until **July 11, 2016 at 10:30 a.m**. in order for the sentencing to coincide with a potential change of plea hearing on a pending information.

It is **ORDERED** that the Office of the U.S. Marshal take the necessary steps to have the Defendant present for this hearing.

**DONE** this the 4th day of May, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**